UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT CARPENTER,

      Plaintiff,

   v.

JP MORGAN CHASE, N.A.
a.k.a. CHASE BANK USA, N.A., et al.,

      Defendants.

Case No. 2:17-cv-107
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

### ORDER

Plaintiff Robert Carpenter has moved under Federal Rule of Civil Procedure 41(a)(2) for an order dismissing Defendant JP Morgan Chase, N.A. a.k.a. Chase Bank USA, N.A. ("Chase") from this case, with prejudice. (Mot. at 1 [ECF No. 12].) Plaintiff represents that he has finalized a settlement with Chase. Plaintiff and Chase have agreed to bear their own attorneys' fees and costs. Accordingly, Plaintiff's Motion [ECF No. 12] is **GRANTED**, and Defendant Chase is **DISMISSED** with prejudice. Plaintiff's claims against the other Defendants remain pending.

**IT IS SO ORDERED.**

__3-14-2017__
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE