# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ROBERT CARPENTER,**

    **Plaintiff,**

v.

**JP MORGAN CHASE, N.A.**
**a.k.a. CHASE BANK USA, N.A., et al.,**

    **Defendants.**

Case No. 2:17-cv-107
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Terence P. Kemp

## ORDER

Plaintiff Robert Carpenter has moved under Federal Rule of Civil Procedure 41(a)(2) for an order dismissing Defendant Equifax Information Services, LLC ("Equifax") from this case with prejudice. (Mot. at 1 [ECF No. 18].) Plaintiff represents that he has finalized a settlement with Equifax. (*Id.*) Accordingly, Plaintiff's Motion [ECF No. 18] is **GRANTED**, and Equifax is **DISMISSED** with prejudice. Plaintiff and Equifax have agreed to bear their own attorneys' fees and costs. (*Id.*) Plaintiff's claims against Experian Information Solutions, Inc. remain pending.

**IT IS SO ORDERED.**

4-17-2017
**DATE**

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**