UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT CARPENTER,**

    **Plaintiff,**

v.

**JP MORGAN CHASE, N.A.**
**a.k.a. CHASE BANK USA, N.A., et al.,**

    **Defendants.**

Case No. 2:17-cv-107
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Terence P. Kemp

## ORDER

Plaintiff Robert Carpenter has moved under Federal Rule of Civil Procedure 41(a)(2) for an order dismissing Defendant Experian Information Solutions, Inc. ("Experian") from this case with prejudice. (Mot. at 1 [ECF No. 26].) Plaintiff represents that he has finalized a settlement with Experian. (*Id.*) Accordingly, Plaintiff's Motion [ECF No. 26] is **GRANTED**, and Experian is **DISMISSED** with prejudice. Plaintiff and Experian have agreed to bear their own attorneys' fees and costs. (*Id.*) The Clerk is **DIRECTED** to enter final judgment in this matter.

**IT IS SO ORDERED.**

5-31-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE